United States District Court

District of Massachusetts

Attachment 1

Sophia Josephs

Civil Action

V.

No._____

David Offutt Jr.

Claude Joseph

Keith Hawkins

Oasis

Police Department Assault Unit

Carruth | Trinity Management LLC

Just Energy

Richard Teixiera

Doug Goldwait

Fire Fighter Department Brockton Unit

Mateusz Piasta

Rajon Rondo

Boston Celtics

Robyn Rihana Fenty

Tomika Robinson

Michelle Forester

Kyle Michelles son

Kendall Michelles other son

Marvin Huggins

Senchal Olivole

Alan Olivole

Prince Harry (Henry Charles Albert David)

Marion H. Hall, Jr.

Thomas Edward Patrick Brady Jr.

New England Patriots

Hud Vash Program

Boston Housing Authority

Detective Lee

Pastor Henry Seemore

Pentecostal Assemblies of the World

Deacon Offutt Sr.

Deitra Offutt

David Offutts older brother- Wi-ki

Daniel Offutt

Jermai Harrison

Nayasha's older brother

Naydine Jones

Nayasha

Derrick the Maintenance man

Wilner Parisee

Brandon Bing

Asian boy from elementary

White boy who lived up the street

Jessica Santana

Keyana Brown

James R. Young or James Young

Terrance Hargrove

Xavier Byrd

Eshe Laurent

Russell @ Just Energy

Matthew Vincent Brackin

Daquan @ Just Energy

Harmon @ Just Energy

Charles @ Just Energy

John @ Just Energy

Antonio @ Just Energy

Roderick Wilmore

Mrs. Steele

Mr. Claude Steele

Mrs. Brown

Mr. Melvin Brown

Mr. Roderick Wilmore

David Offutt Jr's younger sister

Lorraine Notice / Bethea

Andre Brown

Trisha Josephs

Larry Iamello

Gaynor Stephens

Rob Dyrdek

Granville Josephs

Janet Josephs

Natasha Josephs

Karen Josephs

Jamaal Josephs

Marcia Perry Josephs

Chitori Perry

Shemia Perry

Garfield Josephs

Wanda Perry Josephs

Willie Josephs

Shaulia

Shaudae

Paul Guscott

Jimmy McDonald

The neighbors across the hall

The guy in the apartment to left diagonal space from mine

Jamar Coakley

The first lieutenant

Def Jam

## COMPLAINT

### Parties

1. The plaintiff Sophia Josephs is a resident of your town, your county, Massachusetts and a citizen of the United States.

2. The defendant David Michael Offutt Jr. is a resident of Brockton and a citizen of the United States.

3. The defendant Claude Junior Joseph is a resident of Lafayette, Louisiana and a citizen of the United States.

4. The defendant Keith Hawkins is a resident of I do not know, and a citizen of the United States.

5. The defendant Oasis is a resident of and a citizen of the United States.

6. The defendant The Police Department-Assault Unit is a resident of Dorchester and a citizen of the United States.

7. The defendant Carruth | Trinity Management LLC. is a resident of Dorchester and a citizen of the United States.

8. The defendant Just Energy is a resident of Chelsea and a citizen of the United States.

9. The defendant Richard Teixiera is a resident of and a citizen of Canada.

10. The defendant Doug Goldwait is a resident of I do not know and a citizen of the United States.

11. The defendant The Firefighter Department of the Brockton Unit is a resident of Brockton and a citizen of the United States.

12. The defendant Mateusz Piasta is a resident of I do not know and he is a citizen of I do not know.

13. The defendant is Rajon Rondo is a resident of Lowell and a citizen of the United States.

14. The defendant the Boston Celtics is a resident of Boston and a citizen of the United States.

15. The defendant Robyn Rihana Fenty is a resident of I do not know and a citizen of I do not know.

16. The defendant Tomika Robinson is a resident of Lynn, and a citizen of the United States.

17. The defendant Michelle Forester is a resident of Dorchester Center IDK if she is a citizen of the United States.

18. The defendant Senchal Olivole is a resident of Virginia and a citizen of the United States.

19. The defendant Alan Olivole is a resident of Peabody and a citizen of the United States.

20. The defendant Prince Henry Charles Albert David (Prince Harry) is a resident of London and a citizen of United Kingdom.

21. The defendant Marion H. Hall, Jr. is a resident of IDK and a citizen of the United States.

22. The defendant Thomas Edward Patrick Brady Jr. is a resident of Boston and a citizen of the United States.

23. The defendant The Patriots is a resident of New England and a citizen of the United States.

24. The defendant The Hud Vash Program is a resident of Boston and a citizen of the United States.

25. The defendant The Boston Housing Authority is a resident of Boston and a citizen of the United States.

26. The defendant Detective Lee is a resident of I do not know and I do not know if he is a citizen of the United States.

27. The defendant Pastor Henry Seemore is a resident of Brockton and a citizen of the United States.

28. The defendant The Pentacostal Assemblies of the World is a resident of IDK and a citizen of IDK.

29. The defendant Deacon Offutt Sr. is a resident of Bridgewater and a citizen of the United States.

30. The defendant Deitra Offutt is a resident of Bridgewater and a citizen of the United States.

31. The defendant Jermai Harrison is a resident of Brockton and a citizen of the United States.

32. The defendant Xavier Byrd is a resident of Lynn and a citizen of the United States.

33. The defendant Nayasha is a resident of Fall River and a citizen of the United States.

34. The defendant Nayasha older brother is a resident of Brockton and a citizen of the United States.

35. The defendant Naydine Jones is a resident of Brockton and a citizen of the United States.

36. The defendant Wilner Parisee is a resident of Lynn and a citizen of the United States.

37. The defendant Brandon Bing is a resident of I do know and a citizen of the United States.

38. The defendant Asian boy from elementary is a resident of I do know and a citizen of I do not know.

39. The defendant white man that lives up the street is a resident I do not know and a citizen of I do not know.

40. The defendant Jessica Santana is a resident of I do not know and a citizen of I do not know.

41. The defendant Keyana Brown is a resident of I do know and a citizen of the United States.

42. The defendant James Young is a resident of Lynn and a citizen of the United States.

43. The defendant Terrance Hargrove is a resident of Connecticut and a citizen of the United States.

44. The defendant Eshe Laurent is a resident of Florida and a citizen of IDK (she is Haitian).

45. The defendant Russell is a resident of Boston and a citizen of I do know.

46. The defendant Rob Dyrdek is a resident of I do know and a citizen of the United States.

47. The defendant Karen Josephs is a resident of Roslindale and a citizen of the United States.

48. The defendant Natasha Josephs is a resident of Roslindale and a citizen of the United States.

49. The defendant Janet Josephs is a resident of West Roxbury and a citizen of the Jamaica.

50. The defendant Granville Josephs is a resident of West Roxbury and a citizen of the Jamaica.

51. The defendant Matthew Vincent Brackin is a resident of I do know and a citizen of the United States.

52. The defendant Antonio is a resident of Boston and a citizen of the United States.

53. The defendant Shaulia is a resident of Boston and a citizen of the United States.

54. The defendant Shaudae is a resident of Boston and a citizen of the United States.

55. The defendant Harmon is a resident of I do not know and a citizen of I do not know.

56. The defendant Marcia Perry is a resident of Neponset and a citizen of the United States.

57. The defendant Shemia Perry is a resident of Neponset and a citizen of the United States.

58. The defendant Chitori Perry is a resident of Neponset and a citizen of the United States.

59. The defendant Willie Josephs is a resident of I do not know and a citizen of the United States.

60. The defendant Garfield Josephs is a resident if I do not know and a citizen of the United States.

61. The defendant Wanda Perry Josephs is a resident of Brockton and a citizen of the United States.

62. The defendant Trisha Josephs is a resident of I do not know and a citizen of the United States.

63. The defendant Jamaal Josephs is a resident of West Roxbury and a citizen of the United States.

64. The defendant David Offutt Jr. older brother (called Wi-ki) is a resident of I do not know and a citizen of the United States.

65. The defendant David Offutt Jr. younger sister is a resident of Boston and a citizen of the United States.

66. The defendant Andre Brown is a resident of I do not know and is a citizen of I do not know.

67. The defendant Lorraine Bethea/ Notice is a resident of Boston, and a citizen of I do not know.

68. The defendant Gaynor Stephens is a resident of Boston, and a citizen of I do not know.

69. The defendant Larry Iamello is a resident of I do not know and a citizen of I do not know.

70. The defendant Daniel Offutt is a resident of Bridgewater and a citizen of the United States.

71. The defendant John out of the Just Energy office is a resident of I do not know and a citizen of the United States.

72. The defendant Derrick the maintenance man of the Carruth | Trinity management building is a resident of I do not know and a citizen from I do not know.

73. The defendant Charles out of the Just Energy office is a resident of I do not know and a citizen of I do not know.

74. the defendant Kyle Michelle Forrester's son is a resident of Dorchester and a citizen of the United States.

75. The defendant Kendal Michelle Forrester's first son is a resident of Dorchester and a citizen of the United States.

76. The defendant Daquan out of the Just Energy office is a resident of I do not know and a citizen of the United States.

77. The defendant Mrs. Steele is a resident of Raynum and a citizen of I do not know.

78. The defendant Mr. Claude Steele is a resident of Raynum and a citizen of I do not know.

79. The defendant Mrs. Brown is a resident of Stoughton and a citizen of the United States.

80. The defendant Mr. Brown is a resident of Stoughton and a citizen of the United States.

81. The defendant Roderick Wilmore is a resident of I do not know and a citizen of the United States.

82. The defendant Paul Guscott is a resident of I do not know and a citizen of I do not know.

83. The defendant Jimmy McDonald is a resident of I do not know and a citizen of the United States.

84. The defendants the neighbors across the hall are residents of I do not know where and citizens of I do not know where.

85. The defendant a guy in the apartment to the left diagonal space from my old apartment is a resident of I do not know where and citizens of I do not know where.

86. The defendant Jamar Coakley is a resident of I do not know and a citizen of the United States.

87. The defendant the first lieutenant is a resident of I do not know and a citizen of I do not know.

88. The defendant Def Jam is a resident of I do not know and a citizen of the United States.

89. The defendant Jimmy McDonald is a resident of I do not know and a citizen of the United States.

### Jurisdiction

90. This court has jurisdiction over this matter pursuant to U.S.C. 1332.

**Facts**

84. David Michael Offutt Jr. offenses go back for years. On the early morning of June 30, 2013 David Michael Offutt Jr. broke into my apartment with two other men (Claude Joseph and Keith Hawkins), I was drugged and raped by David Offutt Jr. as Claude held me down.

85. Claude Joseph (my ex boyfriend) broke into my place with David Offutt Jr. and Keith Hawkins (Claude Joseph held me down as David Michael Offutt Jr. drugged and raped me) on the morning of June 30, 2013.

86. Keith Hawkins broke into my place on June 30, 2013 with two other men who raped and drugged me (Claude Joseph and David Michael Offutt Jr.).

87. Marvin Huggins was in Scranton Pennsylvania looking at me (stalking me) laughing on the phone when I was on the run for my life.

88. Police Department Assault Unit has a Detective Lee working for them who was not professional when working with me (the following was involved: racketeering).

89. The Carruth | Trinity Management LLC. There management would sell my apartment key to anyone in their organization.

90. Jimmy McDonald raped me one day and I knew we could not be together after that.

91. Paul Guscott played his part in racketeering.

92. Just Energy is the company I was working for when a rape party was held on my behalf after my drink was spiked (Mateusz Piasta and Matthew Vincent Brackin were only a couple of people in attendance.

93. Richard Teixiera came to the Just Energy office to speak with us and he was making advances towards me in front of the office meeting.

94. Doug Goldwait broke into my apartment a few times that I can recall with his copy of my key (I was in and out of whatever was put in my food or drinks in my refrigerator).

95. Fire Fighter Department in Brockton was lenient on its workers who had sleepovers with females guests and let its workers skip out on work or switch shifts for non important reasons.

96. The neighbors across the hall at 1916 Dorchester Ave., Dorchester, Ma., 02132. #311 was my apartment number watched me as I left and came in.

97. The guy in the left diagonal apartment from mine was trying to force a relationship with (racketeering his cause).

98. Matthew Vincent Brackin was a part of the racketeering parties.

99. The first lieutenant was stalking me and letting me know that he was around.

100. Mateusz Piasta was a part of the racketeering parties.

101. Mr. Larry Iamello was a part of the racketeering.

102. Rajon Rondo was a part of the racketeering parties.

103. The Boston Celtics player Rajon Rondo was stalking me for his own benefits and there is no way of telling who else was involved if Rajon Rondo would partake in such activites.

104. Robyn Rihana Fenty was set up to see me a few times she is a part of the racketeering.

105. Def Jam. There is no telling why Robyn Fenty would try to be meeting up with me and I do not know who else was sent to harass me on the facts that I am still not clear on.

106. Tomika Robinson was a part of the racketeering.

107. Deacon Offutt Sr. was a part of the racketeering.

108. Michelle Forrester is a part of the racketeering.

109. Kyle Michelles son is a part of the set ups for the racketeering.

110. Kendall Michelles other son is a part of the racketeering for the set ups.

111. Senchal Olivole is a part of the racketeering.

112. Alan Olivole is a part of the racketeering.

113. Prince Harry broke into my place after his stunt with the racketeering fell through.

114. Marion H. Hall Jr. is a part of the racketeering.

115. Thomas Edward Patrick Brady Jr. was a part of the racketeering.

116. The New England Patriots if Thomas Edward Patrick Brady Jr. could stoop so low as to be a part of a racketeering party then there is no telling who else could possibly be involved.

117. Hud Vash program is a part of the racketeering.

118. The Boston Housing Authority is a part of the racketeering party.

119. Detective Lee is a part of the racketeering.

120. Pastor Henry Seemore is a part of the racketeering.

121. Deacon Melvin Brown is a part of the racketeering.

122. Pentecostal Assemblies of the World need to keep a closer eye on their preachers so innocent saints like me do not become a target for constantly getting picked on.

123. Deitra Offutt is a part of the racketeering.

124. Sister Steele is a part of the racketeering.

125. Brother Claude Steele is a part of the racketeering.

126. David Michael Offutt Jr's older brother (called Wi-ki) is a part of the racketeering.

127. Jermai Harrisson is a part of the racketeering.

128. Xavier Byrd is a part of the racketeering.

129. Nayash who is Naydine Jones daughter is a part of the racketeering.

130. Derrick the maintenance man of the Carruth | Trinity Management LLC. building is a part of the racketeering.

131. Wilner Parisee is a part of the racketeering.

132. Brandon Bing is a part of the racketeering.

133. The asian man from elementary school is a part of the racketeering.

134. Caucasion man from up the street is a part of the racketeering.

135. Jessica Santana is a part of the racketeering.

136. Keyana Brown is a part of the racketeering.

137. James Young or James R. Young is a part of the racketeering.

138. Terrance Hargrove is a part of the racketeering.

139. Daniel Offutt is a part of the racketeering.

140. Eshe Laurent is a part of the racketeering.

141. Russell at Just Energy is a part of the racketeering.

142. Antonio at Just Energy is a part of the racketeering.

143. Shaulia at Just Energy is a part of the racketeering.

144. Daquan at Just Energy is a part of the racketeering.

145. Shaudae at Just Energy is a part of the racketeering.

146. Herman at Just Energy is a part of the racketeering.

147. Andre Brown is a part of the racketeering.

148. Natasha Josephs is a part of the racketeering.

149. Karen Josephs is a part of the racketeering.

150. Janet Josephs is a part of the racketeering.

151. Granville Josephs is a part of the racketeering.

152. Jamaal Josephs is a part of the racketeering.

153. Marcia Josephs Perry is a part of the racketeering.

154. Chitori Perry is a part of the racketeering.

155. Shemia Perry is a part of the racketeering.

156. Garfield Josephs is a part of the racketeering.

157. Wanda Perry Josephs is a part of the racketeering.

158. Willie Josephs is a part of the racketeering.

159. Trisha Josephs is a part of the racketeering.

160. Lorraine Bethea Notice is a part of the racketeering.

161. Rob Dyrdek is a part of the racketeering.

162. Jamar Coakley is a part of the racketeering.

163. Roderick Wilmore is a part of the racketeering.

164. Mrs. Brown is a part of the racketeering.

165. David Offutt Jr's younger sister is a part of the racketeering.

166. Naydine Jones is a part of the racketeering.

167. Nayasha's older brother is a part of the racketeering.

168. Gaynor Stephens is a part of the racketeering.

169. John at Just Energy is a part of the racketeering.

The relief I am seeking is forty billion dollars spread out between most of the defendants on this list.

170. **Wherefore,** the plaintiff demands judgment against the defendants for damages and such other relief as this Court deems just.

171. If the plaintiff wants a trial by jury, it must be requested by the plaintiff.

Signature_____

Name: Sophia Dawn Josephs

Address: 110 Edgemere Rd. apt#2

       West Roxbury, Ma., 02132

Telephone #<u>978-317-2594</u>_____