# United States Court of Appeals
## For the First Circuit

No. 15-2237

SOPHIA JOSEPHS,

Plaintiff - Appellant,

v.

DAVID OFFUTT; CLAUDE JOSEPH; KEITH HAWKINS; OASIS; POLICE DEPARTMENT ASSAULT UNIT; CARRUTH TRINITY MANAGEMENT LLC; JUST ENERGY; RICHARD TEIXIERA; DOUG GOLDWAIT; FIREFIGHTER DEPARTMENT, BROCKTON UNIT; MATEUSZ PIASTA; RAJON RONDO; BOSTON CELTICS; ROBYN RIHANA FENTY; TOMIKA ROBINSON; MICHELLE FORESTER; MARVIN HUGGINS; SENCHAL OLIVOLE; ALAN OLIVOLE; PRINCE HARRY; MARION H. HALL; THOMAS EDWARD BRADY; NEW ENGLAND PATRIOTS; THE HUD VASH PROGRAM; BOSTON HOUSING AUTHORITY; DETECTIVE LEE; HENRY SEEMORE; PENTECOSTAL ASSEMBLIES OF THE WORLD; DEACON OFFUTT; DEITRA OFFUTT; DANIEL OFFUTT; JERMAI HARRISON; NAYDINE JONES; NAYASHA; WILNER PARISEE; BRANDON BING; JESSICA SANTANA; KEYANA BROWN; JAMES YOUNG; TERRANCE HARGROVE; XAVIER BYRD; ESHE LAURENT; MATTHEW VINCENT BRACKIN; RODERICK WILMORE; RUSSEL @ JUST ENERGY; DAQUAN @ JUST ENERGY; HARMON @ JUST ENERGY; CHARLES @ JUST ENERGY; JOHN @ JUST ENERGY; ANTONIO @ JUST ENERGY; MRS. STEELE; CLAUDE STEELE; MRS. BROWN; MELVIN BROWN; ANDRE BROWN; TRISHA JOSEPHS; LARRY IAMELLO; GAYNOR STEPHENS; ROB DYRDECK; GRANVILLE JOSEPHS; JANET JOSEPHS; NATASHA JOSEPHS; KAREN JOSEPHS; JAMAAL JOSEPHS; MARCIA PERRY JOSEPHS; CHITORI PERRY; SHEMIA PERRY; GARFIELD JOSEPHS; WANDA PERRY JOSEPHS; WILLIE JOSEPHS; SHAULIA; SHAUDAE; PAUL GUSCOTT; JIMMY MCDONALD; JAMAR COAKLEY; DEF JAM,

Defendants - Appellees.

# JUDGMENT

Entered: April 8, 2016
Pursuant to 1st Cir. R. 27.0(d)

By notice issued February 18, 2016, appellant was notified that she was in default for failure to file a brief. Appellant was warned that unless action was taken by March 3, 2016, the appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 3.0(b).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Sofia Josephs