# United States Court of Appeals
## For the First Circuit

No. 15-2237

SOPHIA JOSEPHS

Plaintiff - Appellant

v.

DAVID OFFUTT; CLAUDE JOSEPH; KEITH HAWKINS; OASIS; POLICE DEPARTMENT ASSAULT UNIT; CARRUTH TRINITY MANAGEMENT LLC; JUST ENERGY; RICHARD TEIXIERA; DOUG GOLDWAIT; FIREFIGHTER DEPARTMENT, BROCKTON UNIT; MATEUSZ PIASTA; RAJON RONDO; BOSTON CELTICS; ROBYN RIHANA FENTY; TOMIKA ROBINSON; MICHELLE FORESTER; MARVIN HUGGINS; SENCHAL OLIVOLE; ALAN OLIVOLE; PRINCE HARRY; MARION H. HALL; THOMAS EDWARD BRADY; NEW ENGLAND PATRIOTS; THE HUD VASH PROGRAM; BOSTON HOUSING AUTHORITY; DETECTIVE LEE; HENRY SEEMORE; PENTECOSTAL ASSEMBLIES OF THE WORLD; DEACON OFFUTT; DEITRA OFFUTT; DANIEL OFFUTT; JERMAI HARRISON; NAYDINE JONES; NAYASHA; WILNER PARISEE; BRANDON BING; JESSICA SANTANA; KEYANA BROWN; JAMES YOUNG; TERRANCE HARGROVE; XAVIER BYRD; ESHE LAURENT; MATTHEW VINCENT BRACKIN; RODERICK WILMORE; RUSSEL @ JUST ENERGY; DAQUAN @ JUST ENERGY; HARMON @ JUST ENERGY; CHARLES @ JUST ENERGY; JOHN @ JUST ENERGY; ANTONIO @ JUST ENERGY; MRS. STEELE; CLAUDE STEELE; MRS. BROWN; MELVIN BROWN; ANDRE BROWN; TRISHA JOSEPHS; LARRY IAMELLO; GAYNOR STEPHENS; ROB DYRDECK; GRANVILLE JOSEPHS; JANET JOSEPHS; NATASHA JOSEPHS; KAREN JOSEPHS; JAMAAL JOSEPHS; MARCIA PERRY JOSEPHS; CHITORI PERRY; SHEMIA PERRY; GARFIELD JOSEPHS; WANDA PERRY JOSEPHS; WILLIE JOSEPHS; SHAULIA; SHAUDAE; PAUL GUSCOTT; JIMMY MCDONALD; JAMAR COAKLEY; DEF JAM

Defendants - Appellees

**MANDATE**

Entered: May 2, 2016

In accordance with the judgment of April 8, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Sophia Josephs